King David SINGLETARY,
Plaintiff–Appellant,

v.

Susan J. FIRIMONTE, for DSS; Jamie F. Lee, Honorable, Family Court Judge; A.E. Morehead, III, Honorable, Family Court Judge; Deidre Jefferson, Honorable, Family Court Judge; Lisa Jackel, Psychological Dr. for DSS; Matthew Tyler, Guardian Ad Litem for DSS; Sheriff Department; Heller Cain; Heller Cain, for DSS; James M. Saleedy; Henry M. Anderson, Jr., Defendants–Appellees.

No. 01–2453.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

King David Singletary, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

King David Singletary appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Singletary v. Firimonte*, No. CA–01–3916–4–17AJ (D.S.C. Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*